UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- )
HECTOR MOLINA,                                            )        Case No. 15-cv-7643
                            Plaintiff,                    )
                    vs.                                   )        **AFFIDAVIT OF**
                                                          )        **SERVICE**
SA MIDTOWN LLC d/b/a CASA LEVER, et al,  )
                            Defendants.                   )
-------------------------------------------------------- )

STATE OF NEW YORK     )

COUNTY OF NEW YORK  )

_Danielle Prince_ being duly sworn deposes and says: Deponent is not a party
herein, is over 18 years of age.

On _10/06/15_ , 2015 at _12:30_ am/(pm) at _390 Park Avenue New York, NY 10022_
deponent served the within Summons and Complaint: on _Gherardo Guarducci_
Defendant therein named.

1. [  ] **Individual**: By delivering a true copy of each to said recipient personally;
Deponent knew the person served to be the person described as said person by a)
photograph or b) admitted to being said person.

2. [  ] **Corporation**: By delivering a true copy of each to _____
personally, deponent knew the person so served to be the _____ of the
corporation, and authorized to accept service on behalf of the corporation.

3. [ ✓ ] **Suitable Age and Discretion**: By delivering a true copy of each to
_Robert Penafiel - Host_____ , a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business or [ ] dwelling house (usual place
of abode) within the state.

4. [  ] **Affixing to Door**: By affixing a true copy of each to the door of said premises,
which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of
abode) within the state.

   Deponent was unable, with due diligence to find recipient or a person of suitable age
and discretion, having called thereat

   On the _____ day of _____ at _____
   On the _____ day of _____ at _____
   On the _____ day of _____ at _____

5.  [✓] **Mail Copy**: On ___10|06|15___, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelop marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6.  [✓] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

    [✓] Sex: _Male_
    [✓] Color of Skin: _fair_
    [✓] Color of Hair: _black_
    [✓] Age: _44_
    [✓] Height: _5'6_
    [✓] Weight: _150_
    [✓] Other Features: _____

7.  [✓] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform or badges.

8.  [  ] **Other**: _____.

_Danielle Privat_

BY: _Danielle Privat_

SWORN TO ME ON
_6th_ DAY OF _October_, 2015

_Janice Kim_
NOTARY PUBLIC:
MY COMMISSION EXPIRES ON:

JANICE S KIM
Notary Public, State Of New York
No. 02KI6314158
Qualified in New York County
Commission Expires Nov 3, 20 18