## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, _HECTOR JARA MOLINA_, am an individual formerly employed by _SA Midtown LLC d/b/a Casa Lever, et al_, (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature]_

Name: HECTOR JARA MOLINA

Date: 6-24-15