## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, __Victor Campos__, am an individual formerly employed by __SA Midtown LLC d/b/a Casa Lever, et al,__ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _/s/ Victor Campos_

Name: Victor Campos

Date: 8-19-15