UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR MOLINA and VICTOR CAMPOS,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

               Plaintiffs,

        v.

SA MIDTOWN LLC
    d/b/a CASA LEVER,
265 LAFAYETTE RISTORANTE LLC
    d/b/a SANT AMBROEUS,
1000 MADISON L.L.C.
    d/b/a SANT AMBROEUS,
REALTEK L.L.C.
    d/b/a SANT AMBROEUS,
BAILEY'S RESTAURANT L.L.C.
    d/b/a SANT AMBROEUS,
CAFE FOCACCIA, INC.
    d/b/a FELICE 64,
EIGHTY THIRD AND FIRST LLC
    d/b/a FELICE 83,
FELICE GOLD STREET LLC
    d/b/a FELICE 15 GOLD ST,
SA 61ST MANAGEMENT LLC
    d/b/a THE REGENCY BAR & GRILL,
SA HOSPITALITY GROUP, LLC,
GHERARDO GUARDUCCI,
and DIMITRI PAULI,

               Defendants.

Case No.: 15 cv 7643

---

## NOTICE OF APPEARANCE OF ANNE SEELIG FOR PLAINTIFFS

    PLEASE TAKE NOTICE, that the undersigned shall appear as counsel for Plaintiffs in the above-captioned matter.

Dated: October 30, 2015

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC
          Anne Seelig (AS 3976)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel: 646-832-3172
          Fax: 212-465-1181
          *Attorneys for the Plaintiffs*

By: _____
      Anne Seelig, Esq.