UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HECTOR MOLINA and VICTOR CAMPOS,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

              Plaintiffs,

              v.

SA MIDTOWN LLC,
    d/b/a CASA LEVER,
265 LAFAYETTE RISTORANTE LLC
    d/b/a SANT AMBROEUS,
1000 MADISON L.L.C.
    d/b/a SANT AMBROEUS,
REALTEK L.L.C.
    d/b/a SANT AMBROEUS,
BAILEY'S RESTAURANT L.L.C.
    d/b/a SANT AMBROEUS
CAFÉ FOCACCIA, INC.
    d/b/a FELICE 64
EIGHTY THIRD AND FIRST LLC
    d/b/a FELICE 83,
FELICE GOLD STREET LLC
    d/b/a FELICE 15 GOLD ST,
SA 61ST MANAGEMENT LLC
    d/b/a THE REGENCY BAR & GRILL,
SA HOSPITALITY GROUP, LLC,
GHERARDO GUARDUCCI,
and DIMITRI PAULI,

              Defendants.

------------------------------------------------------------X

Civ. No.: 15-cv-07643

A. Nathan, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 8 2016

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed without prejudice with no award of costs or fees to any party.

By: _____
Noel P. Tripp, Esq.
JACKSON LEWIS P.C.
58 S. Service Road, Suite 250
Melville, New York 11747
Telephone: (631) 247-0404
*ATTORNEYS FOR DEFENDANTS*

By: _____
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
*ATTORNEYS FOR PLAINTIFFS*

SO ORDERED on this 8th day of March, 2016

_____
United States District Judge

4836-0112-6702, v. 1-9949-5725, v. 2